IN THE UNITED STATES
BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-80084 |
| TRIUMPH DOMS, LLC | § | Chapter 7 |

### CORRECTED NOTICE OF HEARING ON MOTION FOR RETROACTIVE RELIEF FROM THE STAY REGARDING REAL PROPERTY LOCATED AT 201 LAS BRISAS STREET, KEMAH, TEXAS 77565

On November 29, 2022, Interested Party Vinumber, LLC filed Docket No. 19, a motion for retroactive relief from the automatic stay. The motion contained an erroneous notice of hearing. The notice of hearing is amended and corrected as follows: **THERE WILL BE A HEARING ON THIS MATTER ON JANUARY 20, 2023 AT 9:30 A.M. AT 601 ROSENBERG, GALVESTON, TX 77550 (7TH FLOOR COURTROOM).**

Date: November 29, 2022.

                Respectfully submitted,

                JEFFREY JACKSON & ASSOCIATES, PLLC

                */s/ Jeffrey C. Jackson*
                **JEFFREY C. JACKSON**
                Texas Bar No. 24065485
                Federal Admissions No. 1024221
                **CHARLES "DANNY" BROOKS**
                Texas Bar No. 24126064
                Federal Admissions No. 3725319
                jeff@jjacksonllp.com
                danny@jjacksonllp.com
                2500 E. TC Jester Blvd., Suite 285
                Houston, Texas 77008
                713-861-8833 (T)
                713-682-8866 (F)

                ATTORNEYS FOR MOVANT
                VINUMBER, LLC

**Certificate of Service and Certificate of Compliance with BLR 4001**

A copy of this motion was served on the persons shown on Appendix 1 at the addresses reflected on that exhibit on November 29, 2022, by ECF or, where necessary, prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

*/s/ Jeffrey C. Jackson*
Jeffrey C. Jackson

**Appendix 1**

```
Label Matrix for local noticing        Galveston County                         Triumph Doms, LLC
0541-3                                 Linebarger Goggan Blair & Sampson LLP    2600 South Shore Blvd. Suite 392
Case 22-80084                          c/o Tara L. Grundemeier                  League City, TX 77573-2943
Southern District of Texas             P.O. Box 3064
Galveston                              Houston, TX 77253-3064
Tue Nov 29 12:59:08 CST 2022
3                                      Clear Creek Independent School District  Galveston County
United States Bankruptcy Court         P.O.Box 799                              c/o Tara L. Grundemeier
601 Rosenberg St                       League City, TX 77574-0799               Linebarger Goggan Blair & Sampson LLP
Rm 411                                                                          P.O. Box 3064
Galveston, TX 77550-1738                                                        Houston, Tx 77253-3064

Select Portfolio Servicing, Inc.       Specialized Loan Servicing LLC           US Trustee
P.O. Box 65250                         6200 S. Quebec St.                       Office of the U S Trustee
Salt Lake City, UT 84165-0250          Greenwood Village, CO 80111-4720         515 Rusk Ave
                                                                                Ste 3516
                                                                                Houston, TX 77002-2604

Jack Nicholas Fuerst                   Michael Nassif                           Randy W Williams
Attorney at Law                        11839 Mighty Redwood                     Byman & Associates PLLC
2600 South Gessner Rd                  Houston, TX 77059-5511                   7924 Broadway
Ste 408                                                                         Suite 104
Houston, TX 77063-3217                                                          Pearland, TX 77581-7933
```

**Jerry L Schutza,** on behalf of Plaintiff NRE INVESTMENT GROUP, LLC
schutzalaw@yahoo.com
patterson.legalassistant@gmail.com