UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | § | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-80084 |
| TRIUMPH DOMS, LLC | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

### APPLICATION TO EMPLOY THE PROBUS LAW FIRM
### AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 328(a)

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**A HEARING HAS BEEN SET FOR JANUARY 20, 2022 AT 9:30 A.M. ALL HEARINGS BEFORE JUDGE NORMAN WILL BE HELD ON A HYBRID BASIS. PARTIES MAY APPEAR EITHER REMOTELY OR IN PERSON UNLESS THE COURT ORDERS OTHERWISE. See Judge Norman's website for information regarding remote appearances: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman**

Randy W. Williams, chapter 7 trustee (the "Trustee") for the estate of Triumph Doms, LLC (the "Debtor"), files this Application to Employ The Probus Law Firm ("PLF") as special litigation counsel pursuant to 11 U.S.C. § 328(a).

**Application to Employ**

1. The Trustee desires to employ PLF as special litigation counsel on a contingency fee basis to assist him in identifying and analyzing all claims and causes of action owned by the estate under 11 U.S.C. § 544, 547, 548 and 549 and applicable state law (the "Claims"). Pursuant to this Application, the Trustee seeks to engage PLF to analyze and pursue any Claims on behalf of the Debtor's estate (the "Work").

2. PLF maintains offices at 10497 Town & Country Way, Suite 930, Houston, Texas 77024.  PLF's main telephone number is (713) 258-2700.

3. The Trustee has selected PLF because its members have extensive experience in matters relating to commercial and bankruptcy litigation, fraudulent transfers, avoidance actions, and asset collection.  The Trustee believes that PLF can provide the estate with the required legal expertise to allow the Trustee to handle this litigation effectively and prudently.

4. Matthew Probus of PLF will be designated as attorney-in-charge and will be responsible for the representation of the Trustee by PLF as set forth in this Application.

5. Mr. Probus is admitted to practice before all courts in the Southern District of Texas and has significant trial experience in handling commercial and real estate litigation matters involving real property.  He has at least thirty (30) trials in state and federal court.  Some recent examples of representations involving issues of commercial real estate handled by PLF include:

- *Jeffrey A. Katz v. Herbert David Carlin, et al*, before the American Arbitration Association, Arbitration Claim No. 01-22-0001-3580.
- *National Brands, LLC, et al v. El Tiempo Franchise Group, LLC and Roland Laurenzo, et al*, Cause No, 2021-35339; In the 190th Judicial District Court of Harris County, Texas.
- *Seguro Assets, LLC v. Walter Bobo Fitch, et al*, Cause No. DC-19-18095; In the B-44th Judicial District Court of Dallas County, Texas; Claims against multiple parties arising from complex real estate transaction and loan.
- *Donald W Guggenheim and Webster Finance, LLC vs. Time Restaurant Holdings-CL, LLC et al.* Adv. Pro. No. 19-3692, In the United States Bankruptcy Court for the Southern District of Texas, Houston Division

2

- (removed to the Bankruptcy Court from Cause No. 2018-64250, in the 270th Judicial District Court of Harris County, Texas).
- *Jade Construction Group, Inc. vs. Webster Restaurants, Ltd et al.,* Adv. Pro. No. 19-3699, In the United States Bankruptcy Court for the Southern District of Texas, Houston Division (removed to the Bankruptcy Case from Cause No. 2019-40566; in the 164th Judicial District Court of Harris County, Texas).
- *In re Lot, Inc.*; Case No. 17-32456; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division.
- *In re NOLA Investments, LLC* (Chapter 7) Case No. 15-33668-H5-7; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division (Counsel to Ronald J. Sommers, Chapter 7 Trustee),
- *Charles Trinh and Kim-Huong T. Huynh v. Village Real Estate, LLC,* Cause No. 2013-73758; In the 269th Judicial District Court of Harris County, Texas.

6. Mr. Probus has handled numerous cases under Chapter 5 of the Bankruptcy Code representing Chapter 7 trustees and debtors as plaintiffs and individuals and companies as defendants. In addition, Mr. Probus has represented numerous debtors and creditors in bankruptcy cases, other Chapter 7 trustees in numerous exemption objections, turnover requests and claims objections.

7. The Trustee has selected Mr. Probus and PLF because of their experience and specialization in commercial and bankruptcy-related litigation. The Trustee believes that PLF is well qualified to represent the Trustee.

8. PLF will render professional services including, but not limited to:

   (a) Assisting the Trustee in analyzing claims owned by the estate;

   (b) Preparing and filing such pleadings as are necessary to pursue the estate's claims and defending the Trustee in the any potential litigation;

   (c) Conducting appropriate examinations of witnesses, claimants, and other parties in interest in connection with such litigation;

   (d) Representing the Trustee in any potential litigation and any adversary proceedings and other proceedings before the Court and in any other judicial or administrative proceeding in which the claims described herein may be affected;

(e) Collecting any judgment that may be entered in favor of the Trustee in the claims;

(f) Handling any appeals that may result from the potential litigation; and

(g) Performing any other legal services that may be appropriate in connection with the prosecution of the claims.

**Statement Regarding Connections to the Case**

9. PLF has not represented the Debtor prior to or during this bankruptcy case. PLF represents the Trustee in various cases including (i) *In re Omar Edmundo Pimentel-Dominguez*, Case No. 21-32676, (ii) *In re David Glen Hickerson and Nadia Felisa Hickerson*, Case No. 20-35961, and (iii) *In re Lewis Andre Reynolds*, Case No. 22-32118.

10. Except as set forth above and in the attached affidavit, PLF has no other connection with the debtor, its creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and is a "disinterested person" within the definition of § 101(14) of the Bankruptcy Code on the matters for which it is to be engaged as special counsel. *See* Declaration attached.

**Compensation**

11. Due to the uncertain nature of the claims and the potential associated expenses, the Trustee has negotiated a contingency fee of 40%. A copy of the proposed agreement is attached as **Exhibit 1**.

12. In reaching his decision, the Trustee has evaluated the estate's available resources, the complexity of the litigation, the anticipated costs and the associated risks of the litigation. Given that the estate may not have sufficient resources to employ counsel on an hourly fee basis, the Trustee determined that a contingency fee arrangement was appropriate.

13. Under the circumstances, the Trustee believes that the terms of the proposed agreement are reasonable, prudent and in the best interest of the estate.

4

14. PLF has not received any funds from the debtor, the Trustee or any other party in this case.

15. In the attached declaration, PLF has identified the amount and source of compensation to be paid to PLF for services rendered in connection with its representation of the Trustee in this case.

16. Accordingly, the Trustee requests that the Court approve the retention of PLF as special litigation counsel under 11 U.S.C. § 328(a) as set forth above and for such other relief as is just.

**DATED: November 29, 2022.**

                                          **THE PROBUS LAW FIRM**

                                          By: */s/ Matthew B. Probus*
                                                   **MATTHEW B. PROBUS**
                                                   State Bar No. 16341200
                                                 Federal ID 10915
                                                 matthewprobus@theprobuslawfirm.com

                                          10497 Town & Country Way, Suite 930
                                          Houston, Texas 77024
                                          (713) 258-2700 (Telephone)
                                          (713) 258-2701 (Facsimile)

                                          *SPECIAL LITIGATION COUNSEL FOR RANDY WILLIAMS, CHAPTER 7 TRUSTEE*

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to Bankr. R. 2014, this instrument was served by United States first class mail, with proper postage affixed, addressed to the parties set forth on the attached Service List on this 29th day of November 2022 and all parties received notification through the Court's CM/ECF system.

                                          /s/ Matthew Probus
                                          Matthew Probus

```
Label Matrix for local noticing        Galveston County                         Triumph Doms, LLC
0541-3                                  Linebarger Goggan Blair & Sampson LLP    2600 South Shore Blvd. Suite 392
Case 22-80084                           c/o Tara L. Grundemeier                  League City, TX 77573-2943
Southern District of Texas              P.O. Box 3064
Galveston                               Houston, TX 77253-3064
Tue Nov 29 17:13:56 CST 2022

3                                       Clear Creek Independent School District  Galveston County
United States Bankruptcy Court          P.O.Box 799                              c/o Tara L. Grundemeier
601 Rosenberg St                        League City, TX 77574-0799               Linebarger Goggan Blair & Sampson LLP
Rm 411                                                                           P.O. Box 3064
Galveston, TX 77550-1738                                                         Houston, Tx 77253-3064

Select Portfolio Servicing, Inc.        Specialized Loan Servicing LLC           US Trustee
P.O. Box 65250                          6200 S. Quebec St.                       Office of the U S Trustee
Salt Lake City, UT 84165-0250           Greenwood Village, CO 80111-4720         515 Rusk Ave
                                                                                 Ste 3516
                                                                                 Houston, TX 77002-2604

Jack Nicholas Fuerst                    Michael Nassif                           Randy W Williams
Attorney at Law                         11839 Mighty Redwood                     Byman & Associates PLLC
2600 South Gessner Rd                   Houston, TX 77059-5511                   7924 Broadway
Ste 408                                                                          Suite 104
Houston, TX 77063-3217                                                           Pearland, TX 77581-7933
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)CLEAR CREEK INDEPENDENT SCHOOL DISTRIST   (u)Vinumber, LLC            End of Label Matrix
                                                                         Mailable recipients    11
                                                                         Bypassed recipients     2
                                                                         Total                  13
```