UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| | § | Case No. 22-80084 |
| TRIUMPH DOMS, LLC | § § | (Chapter 7) |
| Debtor. | § § | |

**TRUSTEE'S OBJECTION TO KEATING'S JOINDER TO
MOTION FOR RETROACTIVE RELIEF
FROM THE STAY REGARDING REAL PROPERTY
LOCATED AT 201 LAS BRISAS STREET, KEMAH, TEXAS 77565**

TO THE HONORABLE JEFFREY P. NORMAN, U.S. BANKRUPTCY JUDGE:

COMES NOW, RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE (the "Trustee"), and makes this his Trustee's Objection to Keating's Joinder to Motion for Retroactive Relief from the Automatic Stay Regarding Real Property Located at 201 Las Brisas Street, Kemah, Texas 77565 as follows:

**I.**

**ADMISSIONS AND DENIALS**

1. Paragraph number 1 does not state allegations to be admitted or denied.

2. The Trustee has insufficient knowledge to admit or deny the allegations contained in paragraph numbers 2 through 7.

3. The Trustee admits the allegations contained in paragraph 8.

4. The Trustee has insufficient knowledge to admit or deny the allegations contained in paragraph number 7.

5. The Trustee admits the allegation that the state court lawsuit has been removed to federal court and that there has been a request for that removed lawsuit to be referred to the

1

bankruptcy court, but the Trustee denies the remaining allegations contained in paragraph number 8.

6.  The foreclosure sale was a violation of the automatic stay and as a result the substitute trustee's deed is void. The property is estate property. The cannot avoid an interest in property of the estate by simply annulling the stay. This matter requires an adversary proceeding. Further, the Trustee needs additional time to investigate the matter to determine the estate's interest and any equity in the property.

WHEREFORE, PREMISES CONSIDERED, Randy W. Williams, Chapter 7 Trustee, prays that this Court deny the motion.

DATED: December 7, 2022                THE PROBUS LAW FIRM

                                                                             By:  /s/ Matthew B. Probus
                                                                                  **MATTHEW B. PROBUS**
                                                                                  State Bar No. 16341200
                                                                                  Federal ID 10915
                                                                                  matthewprobus@theprobuslawfirm.com

                                                       10497 Town & Country Way, Suite 930
                                                       Houston, Texas 77024
                                                     (713) 258-2700 (Telephone)
                                                     (713) 258-2701 (Facsimile)

                                                   *COUNSEL FOR RANDY WILLIAMS,*
                                                    *CHAPTER 7 TRUSTEE*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 7, 2022, the undersigned conferred with counsel for movant to see if the motion could be resolved without Court determination. The parties were unable to resolve the matter. The undersigned called counsel for the joinder party Keating and was unable to discuss the matter.

                                                           /s/ Matthew Probus
                                                            Matthew Probus

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, this instrument was served on the U.S. Trustee, the Debtor and Debtor's counsel, movant's counsel, joinder movant's counsel, parties requesting notice and all parties received notification through the Court's CM/ECF system.

          /s/ Matthew Probus
          Matthew Probus